J. Mark Meinhardt SBN 027868
Meinhardt Law Firm
1 E Washington Street, Ste. 500
Phoenix, AZ 85004-2558
meinhardtlaw@gmail.com
(602) 714-7139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**Monique Bursey**

    **Plaintiff,**

                                  **Case 2:14-cv-00571-JWS**

**v.**

**Convergent Outsourcing, Inc.,**

    **Defendant.**

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                        Respectfully submitted,

                                        /s/ J. Mark Meinhardt

                                        ATTORNEY FOR PLAINTIFF